DANIEL MAGALIFF, Respondent, *v.* NEW YORK LIFE INSURANCE COMPANY, Appellant.

(Submitted September 28, 1936; decided October 13, 1936.)

*Kenneth deF. Carpenter* and *Louis H. Cooke* for appellant.
*Joseph Garrow* and *Elias Garrow* for respondent.

Order affirmed, with costs, and questions certified answered in the negative.   No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.